RECEIVED
IN LAKE CHARLES, LA.

June 9, 2020

JUN 11 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

2:20-mc-0037

Steven J. Andrews
1511 Pinehurst Street
Sulphur, Louisiana 70665-7633

Moss Memorial Health Clinic
Attn: Keysha Nabours, NP
1000 Walter Street
Lake Charles, LA 70607

On May 29, 2020 I requested the Walmart Pharmacy to request the refill of my Clonidine prescription. On June 1, 2020, Walmart informed me that "a" physician at Moss Memorial refused the refill my prescription on the grounds that I had not been seen for over six months.

Walmart had shredded the note from Moss Memorial but the physician /care giver had to be Muhammad Shaikh or you, Keysha Nabours.

On Wednesday, October 16, 2019, after an incident, I requested of Ms. Terrera Davis, Secretary to Bernita Loyd Brown, to make a blood draw/appointment for me in three months with you, Keysha Nabours. Ms. Davis agreed to do so.

I made note of Ms. Davis' agreement in my letter to Administrator Bernita Loyd Brown, dated October 30, 2019, Certified Mail #7015 0640 0004 8691 3019, copy of page two attached.

---

1   Steven J. Andrews, 1511 Pinehurst Street, Sulphur, Louisiana 70665-7633
    Certified Mail #7019 2280 0002 1438 2737

Ms. Davis failed to honor her agreement to make a blood draw/appointment for me with you, Keysha Nabours.

In my letter to Charles P. Whitson CFO, dated February 22, 2020, Certified Mail #7015 0640 0004 8691 3040, copy of page 2 & 3 attached, I requested of Mr. Whitson to "jog" Ms. Davis' memory to honor her agreement to make a blood draw/appointment with you, Keysha Nabours.

Again, Ms. Davis failed to honor her agreement.

And now, since the beginning of the year, there is the Wuhan virus outbreak and you will not fill my prescription for Clonidine because you haven't seen me in six months. Believe me. I look, more or less, the same.

Oh, and for ass-holes that are sensitive; when I say "Wuhan" virus, it can be interpreted as Covid-19.

Keysha, I hate to treat you like a fool ... sad ... you are what you are, but I had a stroke in 2013 and ever since I have been on the medicines as follows: Lisinopril-HCTZ 20-12.5 M, Clonidine HCL 0-3 oz, Clopidogrel 75 MG, Amlodipine Besylate 10 MG, Atorvastatin Calcium and low dose Aspirin 81 mg.

If there is a law that precludes you from filling life-saving prescriptions because you haven't seen a patient within six months; then state that law.

2    Steven J. Andrews, 1511 Pinehurst Street, Sulphur, Louisiana 70665-7633
     Certified Mail #7019 2280 0002 1438 2737

Otherwise, get off your ass and refill all of my prescriptions along with the Clonidine.

I've had a blood draw at Moss Memorial within the past six months if that is a concern

If you need to speak with a physician that I have had an appointment with within the past six months, contact: **Teran Reynolds NP,** appointment January 15, 2020 on Wednesday @ 9:00 am for ECHO & a blood draw for **Dr. Leung, Dr. Leung,** appointment January 20, 2020 on Monday @10:30 am, **Dr. Edward C. Bergen,** appointment January 27, 2020 on Monday @ 7:00 am, **Dr. Courville,** appointment March 4, 2020 on Wednesday @ 9:00 am @ West-Cal Diagnostic for a Cat-Scan and last but not least, I had a follow-up appointment with **Dr. Courville,** appointment March 10, 2020 on Tuesday @ 10:45.

I offer a service that sorts out these types of difficulties. The cost for my service is $625.00 per hour, with an eight-hour minimum.

If you have not authorized new 90-day prescriptions with 2 refills, concerning all the above stated drugs, within seven working days of you having received this Certified Mail #7019 2280 0002 1438 2737 you will have entered into a contractual obligation with me to sort out this difficulty.

Keysha, you informed me that Muhammad Shaikh sent me for a blood draw that did not check the function of my kidneys. Therefore, the most generous comment that I can make is that Muhammad Shaikh lacks proficiency.

3   Steven J. Andrews, 1511 Pinehurst Street, Sulphur, Louisiana 70665-7633
    Certified Mail #7019 2280 0002 1438 2737

One last note: From my observation, Muhammad Shaikh has lost control of "his" clinic and from what you, Keysha Nabours, have said to me during my past visits; I think that you, Ms. Nabours, will agree with my assessment.

I am, etc.

Steven J. Andrews

cc:

Moṣs Memorial Health Clinic, Attn: Dr. Muhammad A. Shaikh, 1000 Walter Street, Lake Charles, Louisiana 70607

Lake Charles Memorial Hospital, Attn: Dr. Manley Jordan, MA & CMO, 1701 Oak Park Blvd., Lake Charles, Louisiana 70601, Certified Mail #7015-0640-0004-8691-6737

Heart & Vascular Center, Attn Dr. Bergen, 1717 Oak Park Blvd., Second Floor, Lake Charles, Louisiana 70601

Lake Charles Memorial Hospital, Charles P. Whitson CFO, 1701 Oak Park Blvd. Lake Charles, Louisiana 70601

4    Steven J. Andrews, 1511 Pinehurst Street, Sulphur, Louisiana 70665-7633
     Certified Mail #7019 2280 0002 1438 2737

Lake Charles Memorial Hospital, Larry Graham, CEO & President, 1701 Oak Park Blvd. Lake Charles, Louisiana 70601

Laurence Best, Attorney, 2030 St. Charles Ave, Ste A, New Orleans, LA 70130

Moss Memorial Clinic Attn: Bernita Loyd Brown, Moss Memorial Health Clinic Administrator, 1000 Walter Street, Lake Charles, Louisiana 70607

Walmart Pharmacy, Attn: Karla Lyons, Pharmacy Manager, 525 N. Cities Service Hwy, Sulphur, LA 70663

United States District Court, Western District of Louisiana, Lake Charles Division, 611 Broad Street, Suite 188, Lake Charles, LA 70601

Steven J. Andrews, 1511 Pinehurst Street, Sulphur, LA 70665

to say about the phlebotomists; it's that there seems to be an unusual turnover.

Ms. Brown, I don't want special treatment. I just want to be treated as a patient by your administrative people when I enter Moss Memorial Health Clinic to receive medical services.

The excellent service provided by your lab personnel is accentuated by the abusive disposition of the two women employed at Dr. Shaikh's/Keysha Nabours' Clinic.

Now, to get down to the meat and potatoes: Ms. Brown, on Wednesday, October 16, 2019 I spoke with your secretary, Ms. Terrea Davis concerning an incident that occurred in Dr. Shaihk's/Keysha Nabours' clinic. I gave Ms. Davis the details of this occurrence and she took notes.

I requested that Ms. Davis report/file a formal complaint on my behalf.

I require to be informed of the actions taken by Moss Memorial Clinic concerning my complaint.

I requested to be scheduled for a blood draw/appointment with Keysha Nabours in approximately three months and Ms. Davis told me that she would take care of my request.

I suggest that Ms. Davis contact Ms. Nabours to make sure the blood draw test report is appropriate.

The two individuals, I would prefer to refer to these women by name, but I will make do, involved in my complaint are the

CERTIFIED MAIL: 7015 0640 0004 8691 3019

2

*blood pressure, controlled by medication, kidneys functioning at 35%, aortic stenosis and shortness of breath due to COPD."*

I pray that my letters are being interdicted by a person or persons who have failed to notice my sunny disposition and gracious charm. I would hate to think that Keysha Nabours is delinquent in her duties. I like Keysha.

However, if Keysha has received my letters and ignored my request; Ms. Keysha Nabours should be fired.

I offer a service to expose incompetence in the bureaucratic structure of the health care industry and to obtain documents, particularly a document that I am required to provide to the United States District Court Western District of Louisiana.

Lake Charles Memorial Health System is put on notice that my service to expose incompetence and obtain required documents is $625.00 per hour with an eight-hour minimum.

If I have not received the required, "to whom it may concern" letter within 14 days, March 9, 2020, Lake Charles Memorial Health System shall have triggered acceptance of my offer.

Viola, a contract has been consummated.

Oh, by the way, Ms. Terrea Davis has not yet fulfilled my request to schedule an appointment with Keysha Nabours after my complaint; as described in my letter, dated October 30, 2019.

Mr. Whitson, I would appreciate your help in the matter of jogging Ms. Davis' memory.

I am suspicious of Dr. Shaikh; he may have something to do with this situation.

My concern is that Dr. Shaikh, the woman receptionist or the woman that schedules appointments may be tampering with the U.S. mail.

As you might imagine, my opinion is that Dr. Shaikh has lost control of his clinic.

Mr. Whitson, should you help me with an appointment; please not make the appointment with Dr. Shaikh. The last time I saw Dr. Shaikh; according to Keysha Nabours NP, he sent me for a blood draw without checking my kidneys. With my kidneys functioning at 35% Dr. Shaikh did not see fit to include my kidneys in the blood draw.

Mr. Whitson, you tell me what I should call Dr. Shaikh's judgment. Trust me, I got a pretty good word.

As our United State Senator, John Kennedy, said: "there is nothing to be learned from the second kick of a mule."

My understanding is that Ms. Terrea Davis went on her honeymoon recently, and in some cases that can be a traumatic experience. Nevertheless, I need the help of a self-assured person such as yourself.

I have posted this letter via certified mail, but there is nothing certain concerning certified mail.

Two of my certified letters posted to Ms. Bernita Brown, MMHC Administrator are lost in limbo.

CEERTIFIED MAIL NO: 7015-0640-0004-8691-3040                                    3

Return Address
1511 Pinehurst Street
Sulphur, Louisiana 70665-7633

  

U.S POSTAGE PAID
FCM LG ENV
SULPHUR, LA
70663
JUN 09, 20
AMOUNT
$1.40
R2304E106988-27

RECEIVED
IN LAKE CHARLES, LA.
JUN 11 2020
TONY R. MOORE, CLERK
BY _____
DEPUTY

**United States District Court**

**Western District of Louisiana**

**Lake Charles Division**

**611 Broad Street**

**Suite 188**

**Lake Charles, LA 70601**

